# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL LEWIS TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:11CV173 SNLJ |
| | ) | |
| PAULA HUFFMAN PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's response to the Court's Order to provide service addresses for defendants Unknown Wilheight and John Hoskins. Plaintiff has responded that he has no other addresses for defendants than their place of business at Southeastern Correctional Center at the "time of the constitutional violation." As the Assistant Attorney General has already indicated that the State of Missouri has no persons employed at the Department of Corrections under either of these defendants' names, the Court will not attempt to effectuate service at SECC on either of these individuals.

Because plaintiff is unable to provide addresses at which defendants Wilheight and Hoskins may be served, these defendants will be dismissed from the lawsuit, without prejudice, at this time.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Unknown Wilheight and John Hoskins are **DISMISSED**, without prejudice, as a result of plaintiff's failure to provide the Court with addresses at which defendants may be served.

Dated this 12th day of December, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE